UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RANDALL LYNN HARPER,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF MONTEREY, ET AL.,<br><br>　　　　　　Defendant. | Case No.: C 11-02903 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

　　　　Defendants City of Monterey, Debra Mall and Crissy Davi move to dismiss.  Separately, Defendant Brain Robert moves to dismiss.  This case has been reassigned to the undersigned magistrate judge.  Before the court takes any further action on the two motions to dismiss, the court must determine whether or not all of the parties who have appeared consent to magistrate judge jurisdiction by the undersigned, or whether any of the parties request reassignment to a district judge.  Therefore,

　　　　IT IS HEREBY ORDERED that no later than July 15, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment."  Both forms are available from the Clerk of the Court, or from the Forms (Civil) section of the court's website at

1 | www.cand.uscourts.gov.

2 | Dated:   July 8, 2011

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge